IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY,<br>Plaintiff,<br>*v*.<br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 04-0085T |

**MOTION FOR LEAVE TO CHANGE PLAINTIFF'S ATTORNEY OF RECORD**

Plaintiff Connecticut Yankee Atomic Power Company ("Connecticut Yankee") hereby moves to change Connecticut Yankee's Attorney of Record from J. Steven Baughman to Steven A. Kaufman, Ropes & Gray LLP, One International Place, Boston, MA 02110, (617) 951-7540, (617) 951-7050 (facsimile), steven.kaufman@ropesgray.com. In support of its motion, Connecticut Yankee states the following:

1. J. Steven Baughman, the attorney of record to be substituted, consents and his consent is hereby annexed to the motion;

2. Steven A. Kaufman, the newly designated attorney, is admitted to practice before this court.

WHEREFORE, Plaintiff Connecticut Yankee Life prays that the Court allow this motion and substitute Connecticut Yankee's Attorney of Record.

CONNECTICUT YANKEE ATOMIC
POWER COMPANY

By its attorneys,

__/s/ Steven A. Kaufman_________

Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
steven.kaufman@ropesgray.com

Dated: April 7, 2005

Counsel:

J. Steven Baughman
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)
sbaughman@ropesgray.com

A.L. Spitzer
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
lorry.spitzer@ropesgray.com