IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY,<br>Plaintiff,<br>*v.*<br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 04-0085T |

**CONSENT OF PREVIOUS ATTORNEY OF RECORD, J. STEVEN BAUGHMAN, TO MOTION FOR LEAVE TO CHANGE PLAINTIFF'S ATTORNEY OF RECORD**

I, J. Steven Baughman, consent to change Plaintiff Connecticut Yankee Atomic Power Company's Attorney of Record to Steven A. Kaufman, Ropes & Gray LLP, One International Place, Boston, MA 02110, (617) 951-7540, (617) 951-7050 (facsimile), skaufman@ropesgray.com.

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)
sbaughman@ropesgray.com

Dated: April 6, 2005