IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-0085 T
(Judge Francis M. Allegra)

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**UNOPPOSED MOTION FOR MODIFICATION OF DISCOVERY SCHEDULING ORDER**

Defendant, the United States, respectfully requests that the Court modify the Order of January 27, 2005, to allow an additional 14 days to complete discovery in this case. This modification would extend discovery to May 12, 2005. Counsel for plaintiff has authorized the defendant to state that plaintiff does not oppose the granting of this motion. As good reason for the modification, defendant states as follows:

On January 27, 2005, the Court granted an enlargement of the time for discovery to allow plaintiff to provide additional responsive documents to defendant's counsel and to allow the parties to conduct depositions. On February 18, 2005, defendant's counsel served plaintiff with additional document requests and interrogatories in order to clarify plaintiff's previous discovery responses. On February 22, 2005, plaintiff's counsel produced some additional documents. On March 29, 2005, plaintiff responded to defendant's additional discovery requests by providing

additional documents and providing responses to the interrogatories. After reviewing plaintiff's responses, defendant's counsel contacted plaintiff's counsel to schedule depositions of plaintiff's witnesses. Due to scheduling conflicts, however, the parties will not be able to finish taking depositions until early May. The extension of discovery will allow time for the parties to complete the depositions of witnesses.

Accordingly, defendant requests that the Court extend discovery to May 12, 2005, and to allow the parties to file a joint status report on May 23, 2005.

Respectfully submitted,

__________________ Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

__________________ Date

s/David Gustafson
Of Counsel