UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY, Plaintiff, | ) | Fed. Cl. No. 04-0085 T |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Connecticut Yankee Atomic Power Company ("Connecticut Yankee) and Defendant United States of America (the "United States") (collectively, the "Parties") hereby respectfully submit this joint status report pursuant to this Court's order on April 21, 2005 that a joint status report be filed on or before May 31, 2005.

## I. Procedural Posture

This action was originally filed on January 23, 2004 and subsequently amended on February 2, 2004. A joint Preliminary Status Report was filed by the parties on July 12, 2004. A telephonic Preliminary Status Conference was held on July 21, 2004, setting the close of discovery for January 31, 2005. On January 27, 2005, the Court granted a motion to extend the period for discovery through April 28, 2005. On April 21, 2005, the Court granted a motion to extend the period for discovery through May 15, 2005 and ordered that the parties file a joint status report on or before May 31, 2005.

At this time, the Parties have completed factual discovery.

The Parties are scheduled to meet and confer on June 8, 2005 to see if a settlement agreement may be reached.

## II. Nature of the Case

Plaintiff Connecticut Yankee seeks recovery for income taxes and related interest. Connecticut Yankee owns and operates a nuclear power plant. Pursuant to long-term written supply and service contracts (the "Power Contracts") that were binding as of December 31, 1985, Connecticut Yankee was required to sell the entire capacity and output of the Plant to ten other utilities. Connecticut Yankee claims that it is eligible for transition investment tax credit ("ITC") for the tax years of 1987, 1988, 1989, and 1990 on account of nuclear fuel and other property that Connecticut Yankee placed in service before January 1, 1991 and that are readily identifiable with and necessary for the purposes of carrying out the Power Contracts.

## III. Proposed Schedule

The Parties hereby stipulate and agree to the following schedule:

A. Expert Discovery: Expert discovery, including expert depositions, shall commence on June 1, 2005. Affirmative reports from retained experts required by FRCP 26(a)(2) shall be served simultaneously by the Parties on or before September 9, 2005. Rebuttal reports, if any, may be served within 30 days of receipt by a party of an affirmative report.

B. Dispositive Motions: Dispositive motions, if any, shall be served by December 2, 2005.

C. Pretrial Briefs: Pretrial Briefs, including lists of proposed witnesses and exhibits, shall be served on or before March 15, 2006.

D. Pretrial Conference: A pretrial conference pursuant to FRCP 16(d) shall be held in April, 2006.

E. Trial: Subject to the Court's schedule, trial will commence within 60 days after the pretrial conference. The parties believe that the trial will take approximately three days.

## IV. Other Issues

The Parties have no further issues to raise with the Court.

ROPES & GRAY LLP

By: /s/ Steven A. Kaufman

Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
steven.kaufman@ropesgray.com

Counsel:

J. Steven Baughman
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)
sbaughman@ropesgray.com

A. L. Spitzer
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
Facsimile: (617) 951-7050
lorry.spitzer@ropesgray.com

Attorneys for CONNECTICUT YANKEE ATOMIC POWER COMPANY

Dated: May 31, 2005

U.S. DEPARTMENT OF JUSTICE

By: /s/ G. Robson Stewart

G. Robson Stewart
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
George.R.Stewart@usdoj.gov

Eileen J. O'Connor
Assistant Attorney General
Mildred L. Seidman
Chief, Court of Federal Claims Section
David Gustafson
Assistant Chief

/s/ David Gustafson
Of Counsel

Dated: May, 31, 2005