# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: June 6, 2005)

CONNECTICUT YANKEE ATOMIC
POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Wednesday, June 15, 2005, at 11:00 a.m. (EDT). The chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra, Judge