# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: June 15, 2005)

CONNECTICUT YANKEE ATOMIC
POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 15, 2005, a status conference was held in this case, in which J. Steven Baughman, for plaintiff, and G. Robson Stewart, for defendant, were participants. In accordance with the discussion held therein, the parties shall proceed as follows:

1. On or before September 9, 2005, the parties shall complete expert discovery in this case.

2. On or before September 23, 2005, the parties shall file a joint status report, indicating whether dispositive motions will be filed, and if so, a proposed schedule.

The court encourages the parties' settlement efforts and is available to assist those efforts in any appropriate fashion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra, Judge