# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: October 5, 2005)

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In its June 15, 2005, scheduling order, this court directed the parties to file a joint status report indicating whether dispositive motions would be filed and, if so, a proposed schedule. The joint status report filed on September 23, 2005, was non-responsive to this order, as it failed to address either of these issues. As such, this court will no longer entertain motions for summary judgment in this matter and instead will set the case for trial forthwith.

On or before October 14, 2005, the parties shall file a joint status report proposing a trial date and a detailed schedule for pretrial filings (see RCFC Appendix A). The proposed trial dates shall anticipate trial being completed no later than April 1, 2006. If a status report is not filed, the court will schedule trial based upon its own availability.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra, Judge