# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: October 18, 2005)

CONNECTICUT YANKEE ATOMIC
POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic conference will be held in this case to discuss pretrial and trial schedules on Friday, October 28, 2005, at 2:00 p.m. (EST). The chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge