UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY, Plaintiff, | ) | Fed. Cl. No. 04-0085 T |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

**DECLARATION OF STEVEN. A. KAUFMAN**

I, Steven A. Kaufman, do state and declare as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and admitted to practice before this Court. I am a member of the law firm of Ropes & Gray LLP ("Ropes & Gray"), One International Place, Boston, MA 02110 and counsel to Plaintiff Connecticut Yankee Atomic Power Company ("Connecticut Yankee"). I make this declaration in connection with Connecticut Yankee's Motion to Exclude Portions of the Testimony of James P. McGaughy, Jr. I have personal knowledge of the facts set forth herein, except as otherwise indicated.

2. Attached hereto as Exhibit A is a true and correct copy of Mr. McGaughy's report prepared on behalf of the Defendant, the United States of America ("United States").

3. Attached hereto as Exhibit B is a true and correct copy of the September 9, 2005 deposition transcript of the deposition of Mr. McGaughy.

4. Attached hereto as Exhibit C is a true and correct copy of the September 8, 2005 transcript of the deposition of Thomas Dente in connection with Mr. Dente's expert report prepared on behalf of the Plaintiff, Connecticut Yankee.

I declare under penalty of perjury that the foregoing is true.

EXECUTED this 20th day of October, 2005 in Boston, Massachusetts.

_/s/ Steven A. Kaufman____________
Steven A. Kaufman