# EXHIBIT A
# PART 2 OF 3

# EXHIBIT 3

CY 1986 - 1990 ADDITIONS

| | | | |
|---|---|---|---|
| | | CY 1986 ADDITIONS | |
| 21720101 | 673,725 | CONSTRUCT RADWASTE REDUCTION BUILDING | |
| 60100101 | 279,503 | STEAM GENERATOR LAY-UP RECIRCULATION SYSTEM | |
| 60190101 | 4,373,158 | REPLACE REACTOR COOLANT TEMPERATURE MEASURING SYSTEM | |
| 60430101 | 410,795 | SPARE STEAM AND REACTOR COOLANT VALVES | |
| 60690101 | 283,239 | INSTALL MICROWAVE EQUIPMENT | |
| 63090101 | 156,384 | REACTOR SERVICE TOOL | |
| 63140101 | 1,530,752 | CAVITY SEAL RING | |
| 63190101 | 1,380,154 | FEEDWATER HEATER TUBE BUNDLES | |
| 63650101 | 819,090 | GASEOUS EXTINGUISHING SYSTEM | |
| 63660101 | 1,039,076 | UNCLASSIFIED ADDITIONS | |
| 63690101 | 1,158,369 | STEAM GENERATOR TUBE SLEEVES | |
| 63730101 | 721,416 | EMERGENCY LIGHTING SYSTEM | |
| 63920101 | 1,009,691 | TUBES | |
| 64260101 | 835,387 | INSTRUMENT RACK W/RECORDER | |
| 67080101 | 5,395,818 | REACTOR PRESSURE VESSEL CLOSURE HEAD | |
| 68350101 | 11,169,281 | UPGRADE SIMULATOR PLANT PROCESS COMPUTER | |
| 69920101 | 905,111 | POWER-OPERATOR ASSEMBLIES | |
| PA92027 | 1,177,452 | PRIMARY MONITORING DEVICE | |
| | 2,612,778 | MISC PROJECTS | |
| | 35,931,178 | | |
| | | | |
| | | | |
| | | CY 1987 ADDITIONS | |
| 21720101 | 197,589 | CONSTRUCT RADWASTE REDUCTION BUILDING | (1) |
| 22390101 | 310,345 | ACOUSTIC SOUNDER | |
| 22790101 | 1,474,742 | ROD CLUSTER CONTROL ASSEMBLIES | |
| 23160101 | 18,104,673 | REPLACE LOW PRESSURE TURBINES, ROTORS, BLADES, ETC. | |
| 23830101 | 2,211,996 | HIGH PRESSURE SAFETY INJECTION SYSTEM | |
| 24170101 | 1,700,157 | | |
| 25270101 | 215,338 | VALVES FOR CCW SYSTEM | |
| 25520101 | 404,229 | FIRE EXTINGUISHING SYSTEM | |
| 25590101 | 365,185 | SPRINKLER SYSTEM IN PRIMARY AUXILIARY BUILDING | |
| 25630101 | 1,011,431 | MOTOR OPERATED VALVE ASSEMBLIES | |
| 25740101 | 737,130 | STATION SERVICE TRANSFORMER | |
| 25770101 | 324,757 | MAIN GENERATOR VOLTAGE REGULATOR | |
| 25850101 | 463,042 | EXTEND SOUTHERN BOUNDARY SECURITY AREA | |
| 25900101 | 307,601 | RADWASTE COMPACTOR | |
| 60420101 | 3,405,874 | PIPING SUPPORT | |
| 60680101 | 1,076,023 | CONTROL AIR SYSTEM UPGRADE | |
| 61440101 | 538,903 | ADDITION TO ADMINISTRATION BUILDING | (1) |
| 63140101 | 161,271 | CAVITY SEAL RING | |
| 63150100 | 408,361 | 345KV CIRCUIT BREAKER | |
| 65880101 | 413,972 | FIRE PROTECTION SYSTEM FOR SPARE GENERATOR STEP-UP TRANSFORMER | |
| 68130101 | 9,896,053 | PLANT PROCESS COMPUTER | |
| 68850101 | 752,695 | MODIFICATION TO TRUSS SUPPORTS/PIPE HANGERS | |
| 69250101 | 2,445,608 | MODIFICATION TO PENETRATION ASSEMBLIES | |
| 69460101 | 666,626 | CHEMISTRY LAB RENOVATIONS | |
| | 1,528,905 | MISC PROJECTS | |
| | 49,122,507 | | |

CONFIDENTIAL
CY 09313

Ex. 15

CY 1986 - 1990 ADDITIONS

| | | | |
|---|---|---|---|
| | | CY 1988 ADDITIONS | (1) |
| 23160101 | 2,332,936 | REPLACE LOW PRESSURE TURBINES, ROTORS, BLADES, ETC. | |
| 23830101 | 105,443 | HIGH PRESSURE SAFETY INJECTION SYSTEM | (1) |
| 24170101 | 237,021 | | |
| 25280101 | 133,618 | OFFSITE INFORMATION SYSTEM FOR EOF | |
| 25600101 | 104,352 | SIMULATOR | |
| 25820101 | 840,790 | PIPING SUPPORT | |
| 27560101 | 250,135 | LOOSE PARTS MONITORING SYSTEM | |
| 27780101 | 222,893 | | |
| 29730101 | 7,443,217 | CONSTRUCT NEW SWITCHGEAR BUILDING | (1) |
| 63140101 | (163,502) | CAVITY SEAL RING | |
| 63490101 | 843,956 | INSTALL NITROGEN INTERTING SYSTEM | (1) |
| 65880101 | 242,636 | FIRE PROTECTION SYSTEM FOR SPARE GENERATOR STEP-UP TRANSFORMER | (1) |
| 68130101 | 842,610 | PLANT PROCESS COMPUTER | |
| 68580101 | 1,005,104 | STEAM GENERATOR LOW LEVEL CHLORIDE MONITORS | |
| 69470101 | 243,981 | UPGRADE PLANT PAGING SYSTEM | |
| PNCY6061 | 117,853 | STAK STORAGE SYSTEM | |
| PNCY8042 | 136,872 | STORAGE FACILITY | |
| | 1,448,116 | MISC PROJECTS | |
| | 16,388,030 | | |
| | | | |
| | | CY 1989 ADDITIONS | |
| 22400101 | 24,194,787 | NEW SWITCHGEAR ROOM | (1) |
| 23160101 | 794,537 | REPLACE LOW PRESSURE TURBINES, ROTORS, BLADES, ETC. | |
| 23300101 | 2,491,154 | SPARE REACTOR COOLANT PUMP MOTOR | |
| 25700101 | 3,904,807 | REPLACE REACTOR PROTECTION & CONTROL SYSTEM | |
| 25710101 | 4,413,347 | REPLACE NUCLEAR INSTRUMENTATION | |
| 25830101 | 395,539 | UPGRADE SEISMIC ADEQUACY OF PIPING SYSTEM | |
| 27160101 | 613,314 | FIRE PROTECTION UPGRADE | |
| 27180101 | 708,813 | FIRE DETECTION SYSTEM UPGRADE | |
| 27610101 | 1,056,292 | PUMP | |
| 27980101 | 1,642,458 | FACILITIES UPGRADE SEPTIC | |
| 27990101 | 2,903,759 | UPGRADE WAREHOUSE #2 | |
| 31180101 | 1,109,431 | CONTAINMENT AIR RECIRCULATION SYSTEM FANS | |
| PNCY9010 | 255,409 | PORTABLE EXPLOSIVE DETECTORS | |
| PNCY9011 | 107,556 | PERMANENT X-RAY MACHINE | |
| PNCY9025 | 120,621 | UNDERWATER VEHICLE FOR REACTOR VESSEL | |
| PNCY9034 | 167,514 | VALVE OPERATOR TEST & EVALUATION SYSTEM | |
| | 1,041,656 | MISC PROJECTS | |
| | 45,920,994 | | |
| | | | |
| | | CY 1990 ADDITIONS | (1) |
| 22400101 | 1,439,788 | NEW SWITCHGEAR ROOM | (1) |
| 25700101 | 384,631 | REPLACE REACTOR PROTECTION & CONTROL SYSTEM | (1) |
| 25710101 | 171,554 | REPLACE NUCLEAR INSTRUMENTATION | (1) |
| 27160101 | 135,384 | FIRE PROTECTION UPGRADE | |
| 27580101 | 302,393 | DOSIMETRY RADIATION SYSTEM | (1) |
| 27610101 | 133,125 | PUMP | |
| 27990101 | 1,134,602 | UPGRADE WAREHOUSE #2 | |
| 28500101 | 206,306 | SECONDARY SOURCE REPLACEMENT | |
| 29510101 | 834,904 | SINGLE FAILURE MODIFICATIONS | |
| 31070101 | 131,206 | RADIOLOGICAL INFO TRACKING SYSTEM | |
| 31080101 | 265,504 | NOTIFICATION/CALLBACK SYSTEN UPGRADE | (1) |
| 31180101 | 170,917 | CONTAINMENT AIR RECIRCULATION SYSTEM FANS | |
| 31470101 | 120,622 | SIMULATOR | |
| 33570101 | 567,523 | SYS ADAMS FITER BYPASS LINES | |
| 68130101 | 284,154 | PLANT PROCESS COMPUTER | |
| PNCY0025 | 146,115 | WHOLE BODY COUNTER | |
| PNCY9023 | 202,900 | PERIMETER INTRUSION DETECTION SYSTEM | |
| | 998,085 | MISC PROJECTS | |
| | 7,629,712 | | |
| | | | |
| | | (1) PROJECT COSTS INCURRED IN YEAR SUBSEQUENT TO ORIGINAL INSERVICE YEAR | |

Box 2

CONFIDENTIAL
CY 09314

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER: 21720101-

YEARS: 1987 | 1988

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1986 | 640,359.33 | ~~197,589.00~~ | 2,720.28 |
| 1987 | 200,309.28 | | |
| 1988 | 43,226.92 | | |
| | $ 883,895.53 | $ 197,589.00 | $ 2,720.28 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 9/21/1989 |
| | TOTAL | 883,895.53 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

→ Construct Radwaste Reduction Building.

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum21720101

CONFIDENTIAL
CY 12105

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 22390101

YEARS 1987 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 8/31/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 310,344.62 | 310,345.00 | (0.38) |
| 1988 | 9,871.96 | | |
| | $ 320,216.58 | $ 310,345.00 | $ (0.38) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |

TOTAL 320,216.80

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Acoustic Sounder



CONFIDENTIAL
CY 12364

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 22790101

YEARS 1987 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | -DELTA |
|---|---|---|---|
| 1987 | 1,474,741.75 | 1,474,742.00 | (0.25) |
| | 2,104.51 | | |
| | $ 1,476,846.26 | $ 1,474,742.00 | $ (0.25) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 9/30/1989 |
| | TOTAL | 1,476,846.26 |

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |
| | TOTAL | 1,476,846.26 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Rod Cluster Control Assemblies

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum22790101

CONFIDENTIAL
CY 12490

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 23830101

YEARS 1987 | 1988 | 1990

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 2/28/1990 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 2,211,994.88 ✓ | 2,211,996.00 | (1.12) |
| 1988 | 130,964.54 | | |
| 1989 | 4,562.82 | | |
| 1990 | 817.23 | | |
| | $ 2,348,339.47 | $ 2,211,996.00 | $ (1.12) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP00091 | 2/22/1990 |

TOTAL 2,348,339.47

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* High Pressure Safety Injection System

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum23830101

CONFIDENTIAL
CY 12537

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 24170101

YEARS 1987 1988

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 1. | WORK ORDER MANUAL CLOSING - ADDITIONS | | |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY | CMP0092 | 10/31/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 1,700,156.55 | 1,700,157.00 | (0.45) |
| 1988 | 237,020.63 | | |
| 1989 | (5,468.66) | | |
| | $ 1,931,708.52 | $ 1,700,157.00 | $ (0.45) |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | CMP0091 | 10/12/1989 |
| | | TOTAL | 1,931,708.52 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. A | DETAIL REPORT | CMP0097 | 10/31/1989 |
| | | TOTAL | 1,931,708.52 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)



CONFIDENTIAL
CY 12908

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25270101

YEARS 1987 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 215,482.81 | 215,338.00 | 144.81 |
| 1988 | 9,835.13 | | |
| | $ 225,317.94 | $ 215,338.00 | $ 144.81 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |

TOTAL 225,317.94

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 9/30/1989 |

TOTAL 225,317.94

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

x Valves For CCW System

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25270101

CONFIDENTIAL
CY 13343

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25520101

YEARS 1987 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 406,688.40 | 404,229.00 | 2,459.40 |
| 1988 | 23,481.16 | | |
| 1989 | 69.71 | | |
| | $ 430,239.27 | $ 404,229.00 | $ 2,459.40 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |

TOTAL 430,239.27

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 9/30/1989 |

TOTAL 430,239.27

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Fire Extinguishing system

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25520101

CONFIDENTIAL
CY 13190

CONNECTICUT YANKEE ATOMIC POWER COMPANY

| | | |
|---|---|---|
| WORK ORDER NUMBER | 25740101 | |
| YEARS | 1987 | 1988 |

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 101.51 | 760,560.45 | 737,130.00 | 23,430.45 |
| 108.52 | 176,160.96 | | |
| | $ 936,721.41 | $ - 737,130.00 | $ 23,430.45 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |
| | TOTAL | 936,721.41 |

3. A.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 3/31/1990 |
| | TOTAL | 936,721.41 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Station SERVICE Transformer

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25740101

CONFIDENTIAL
CY 13466

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25770101

YEARS 1987 1988

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 324,756.63 | 324,757.00 | (0.37) |
| 1988 | 40,471.16 | | |
| 1989 | 11,472.41 | | |
| | $ 376,700.20 | $ 324,757.00 | $ (0.37) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 9/14/1989 |

TOTAL 376,700.20

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 9/30/1989 |

TOTAL 376,700.20

3. B

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | DC0004 | 9/7/1989 |

TOTAL 376,700.20

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Main Generator Voltage Regulator

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25770101

CONFIDENTIAL
CY 13553

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 63150100

YEARS 1987 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 9/8/1988 |

| | | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|---|
| PLANT | 107.09 | 408,361.44 | 408,361.44 | - |
| ACC DEPR | 108.08 | 20,121.61 | | |
| | | $ 428,483.05 | $ 408,361.44 | $ - |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CP00091 | 8/18/1988 |

TOTAL $428,483.05

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

+ 345KV CIRCUIT BREAKER

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum63150100

CONFIDENTIAL
CY 13682

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER: 69250101

YEARS: 1987 | 1988 | 1990

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 2/28/1990 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1987 | 2,445,608.90 | 2,445,608.00 | 0.90 |
| 1988 | 139,338.51 | | |
| 1989 | 3,909.52 | | |
| 1990 | 26,208.19 | | |
| | $ 2,615,065.12 | $ 2,445,608.00 | $ 0.90 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP00091 | 2/22/1990 |

TOTAL 2,615,065.12

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP00097 | 3/5/1990 |

TOTAL 2,615,065.12

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Modification to PENETRation Assemblies

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum69250101

CONFIDENTIAL
CY 13776

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25600101

YEARS 1988 1988

1. REPORT TYPE: WORK ORDER MANUAL CLOSING - ADDITIONS | REPORT # | REPORT DATE

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 2/28/1990 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1988 | 104,352.65 | 104,352.00 | 0.65 |
| 1989 | 186.29 | | |
| | $ 104,538.94 | $ 104,352.00 | $ 0.65 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 2/22/1990 |

TOTAL 104,538.54

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 2/28/1990 |

TOTAL 104,538.54

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Simulator

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25600101

CONFIDENTIAL
CY 14171

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 27780101

YEARS 1988 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1988 | 222,892.62 | 222,893.00 | (0.38) |
| 1989 | 45,233.40 | | |
| | $ 268,126.02 | $ 222,893.00 | $ (0.38) |

2. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0097 | 9/30/1989 |

TOTAL 268,126.00

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |

TOTAL 268,126.02

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum27780101

CONFIDENTIAL
CY 14196

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 29730101

YEARS 1988 1988

1. REPORT TYPE. REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 3/31/1990 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1988 | 7,443,216.54 | 7,443,217.00 | (0.46) |
| | $ 7,443,216.54 | $ 7,443,217.00 | $ (0.46) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 3/29/1990 |

TOTAL 7,443,216.54

3. a

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 3/31/1990 |

TOTAL 7,443,216.54

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Construct New Switchgear Building

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum29730101

CONFIDENTIAL
CY 14240

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER: 69470101

YEARS: 1988 – 1988

1. REPORT TYPE: WORK ORDER MANUAL CLOSING - ADDITIONS; REPORT #; REPORT DATE

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP0092 | 9/30/1989 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1988 | 243,980.92 | 243,981.00 | (0.08) |
| 1989 | 764.10 | | |
| | $ 244,745.02 | $ 243,981.00 | $ (0.08) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0091 | 8/24/1989 |

TOTAL: 244,745.02

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP0097 | 9/30/1989 |

TOTAL: 244,745.02

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Upgrade Plant Paging System

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum69470101

CONFIDENTIAL
CY 14266

REPORT NO.: MBFCR010
PAGE : 00001
AUC : C2

NORTHEAST UTILITIES WORK ORDER SYSTEM
FINAL CLOSING SUMMARY -- AS OF 10/31/1994
CONNECTICUT YANKEE ATOMIC POWER CO

DATE: 03/11/94
TIME: 01:07:10
WORK ORDER - 22400101

83117

STATE - CONNECTICUT
CUS AMT TOTAL - 0.00

W/O TITLE - NEW SWITCHGEAR ROOM
FUNCTION CODE - 1200
REIMB AMOUNT - 0.00
INSV - 11/1989
CPYR - 1989
REIMB% - 0
NET W.O. AUTH - 26,039,571.87
ACTUAL DOLLARS - 25,515,198.25

GENERAL LEDGER ACCOUNT 10151 CPRS CLEARING - ELECTRIC

32489 OTHER

UD19330 SWITCHGEAR, METALCLAD 1200 AMP 4.16KV 350MVA

| TOWN | LOCN | UNIT YEAR | CAP YEAR | PU | QTY | MATERIAL | LABOR | VEHICLE | JOINT BILLING | OVERHEADS | OTHER | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 094 | B12R | 1989 | 1989 | | 1 | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| | | | | EST | 1 | 11.00 | 0.00 | 0.00 | 0.00 | 4,108,457.68 | 0.00 | 4,108,468.68 |
| TOTAL PROPERTY UNIT | UD19330 | | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| TOTAL SUB ACCOUNT | 32489 | | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| TOTAL GENERAL LEDGER | 10151 | | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |

*NEW Switch Goar Room

CONFIDENTIAL
CY 14705

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25700101

YEARS 1989 1988

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 1. | N/A | | |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY. | MBFCR010 | 11/30/1994 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 10709 | 4,298,983.66 | 4,289,438.00 * | 9,545.66 |
| ALL OTHER | 247,964.57 | | |
| | $ 4,546,948.23 | $ 4,289,438.00 | $ 9,545.66 |

3,904,807
384,631
4,289,438

| | | | |
|---|---|---|---|
| * | 1989 | 10709 | 3,904,807.00 |
| | 1990 | 10709 | 384,631.00 |
| | | | 4,289,438.00 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBSR220 | 11/9/1994 |
| | | TOTAL | $4,546,948.23 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* REplac Reactor Protection + control system.

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25700101

CONFIDENTIAL
CY 15866

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25710101

YEARS 1989 1988

1. REPORT TYPE N/A | REPORT # | REPORT DATE

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY | MBFCR010 | 11/30/1994 |

| | | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|---|
| PLANT | 10151 | 4,548,380.74 | 4,584,901.00 | (36,520.26) |
| ACC DEPR | 10602 | 3,736,336.28 | | |
| | | $ 8,284,717.02 | $ 4,584,901.00 | $ (36,520.26) |

| | |
|---|---|
| 1989 | 4,413,347.00 |
| 1990 | 171,554.00 |
| | 4,584,901.00 |

4413,347 89
171,554 90
4584,901

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBSRR220 | 11/3/1994 |

| | |
|---|---|
| 10709 | 4548380.74 |
| 10808 | 3951.54 |
| 52917 | 783.83 |
| 53000 | 407.96 |
| TOTAL | $4,553,524.07 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Replace Nuclear Instrumentation

CONFIDENTIAL
CY 16214

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25710101

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 25830101

YEARS 1989 1988

1. REPORT TYPE N/A | REPORT # | REPORT DATE

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY | MBTCR010 | 7/31/1995 |

| Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|
| 521,150.06 | 395,539.00 | 125,611.06 |
| $ 521,150.06 | $ 395,539.00 | $ 125,611.06 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBSR220 | 7/24/1995 |
| | | TOTAL | $521,150.06 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Upgrade Seismic Adequacy of Piping system

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum25830101

CONFIDENTIAL
CY 16465

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER: 25830101

YEARS: 1989 - 1988

1. REPORT TYPE: N/A | REPORT # | REPORT DATE

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | MBTCR010 | 7/31/1995 |

| Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|
| 521,150.06 | 395,539.00 | 125,611.06 |
| $ 521,150.06 | $ 395,539.00 | $ 125,611.06 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | MBSR220 | 7/24/1995 |

TOTAL: $521,150.06

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Upgrade Seismic Adequacy of Piping system



CONFIDENTIAL
CY 16465

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 27180101

YEARS 1989 1988

1. REPORT TYPE: N/A | REPORT # | REPORT DATE

2. REPORT TYPE: SUMMARY | REPORT #: MBFCR010 | REPORT DATE: 11/30/1994

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 10709 | 865,253.91 | 708,813.00 | 156,440.91 |
| 10808 | 26,228.34 | | |
| 51700 | 4,236.95 | | |
| 52499 | 378.72 | | |
| 53000 | 7,219.40 | | |
| | $ 903,317.32 | $ 708,813.00 | $ 156,440.91 |

2. A ADJUSTMENT 15,025.98

2. B ADJUSTMENT 42,960.80

2. C ADJUSTMENT 6,296.46

3. REPORT TYPE: DETAIL REPORT | REPORT #: MBSR220 | REPORT DATE: 11/4/1994

TOTAL $903,317.32

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Fire Detection System upgrade



CONFIDENTIAL
CY 16658

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 27610101

YEARS 1989 1988

'90
133,125
1056,292
1,189,417

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2. REPORT TYPE REPORT # REPORT DATE

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 10/31/1991 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1989 | 1,056,303.25 | 1,056,292.00 | 11.25 |
| 1990 | 133,124.45 | 133,125.00 | |
| 1991 | 33,985.19 | | |
| | $ 1,223,412.89 | $ 1,189,417.00 | $ 11.25 |

2. A

| | | |
|---|---|---|
| SUMMARY | CMP00097 | 10/31/1991 |

10151 $ 1,223,412.89

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | DC - 004 | 9/12/1991 |

TOTAL $1,223,412.89

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* pump

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum27610101

CONFIDENTIAL
CY 16780

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 27980101

YEARS 1989 1988

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 1. | N/A | | |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY | MBTCR010 | 2/28/1995 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 10709 | 1,722,421.41 | 1,642,458.00 | 79,963.41 |
| 52999 | 1,595.76 | | |
| | $ 1,724,017.17 | $ 1,642,458.00 | $ 79,963.41 |

| | | | |
|---|---|---|---|
| 2. A | JOURNAL ENTRY | MBSCR600 | 11/2/1992 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBSRR220 | 2/16/1995 |

TOTAL $1,724,017.17

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Facilities upgrade Septic

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum27980101

CONFIDENTIAL
CY 16907

CONNECTICUT YANKEE ATOMIC POWER COMPANY

1,134,602
2,903,759
4,038,361

WORK ORDER NUMBER 27990101

YEARS 1989 1988

1. REPORT TYPE REPORT # REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 10/31/1991 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1989 | 2,913,300.12 | 2,903,759.00 | 9,541.12 |
| 1990 | 1,220,922.88 | 1,134,602.00 | 86,320.88 |
| | $ 4,134,223.00 | $ 4,038,361.00 | $ 95,862.00 * |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | DC 004 | 9/12/1991 |

TOTAL $4,134,223.00

3. a * - MAY 23, 1990 LETTER REDUCING THE CHARGES

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Upgrade WareHouse #2

CONFIDENTIAL
CY 17025

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 31180101

YEARS 1989 1988

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 1. | N/A | | |
| 2. | SUMMARY | MBTCR010 | 10/31/1994 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| PLANT | 1,278,048.98 | 1,280,348.00 * | (2,299.02) |
| EXPENSES | 2,756.70 | | |
| | $ 1,280,805.68 | $ 1,280,348.00 | $ (2,299.02) |

| | |
|---|---|
| 1989 | 1,109,431.00 |
| 1990 | 170,917.00 |
| | 1,280,348.00 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBSRR220 | 11/4/1994 |
| | | TOTAL | 1,280,805.68 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Containment Air Recirculation System Fans.

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum31180101

CONFIDENTIAL
CY 14470

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER PNCY9010

YEARS 1989 1988

1. REPORT TYPE / REPORT # / REPORT DATE
WORK ORDER MANUAL CLOSING - ADDITIONS

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | CMP00092 | 3/31/1990 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 1989 | 255,408.51 | 255,409.00 | (0.49) |
| 1990 | (152.13) | | |
| | $ 255,256.38 | $ 255,409.00 | $ (0.49) |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP00091 | 3/15/1990 |

TOTAL 255,256.38

3. A

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | CMP00097 | 3/31/1990 |

TOTAL 255,256.38

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Portable Explosive Detectors

CONFIDENTIAL
CY 17116

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 29510101

YEARS 1990 1988

1. REPORT TYPE: N/A | REPORT # | REPORT DATE

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | MBTCR010 | 6/12/1995 |

| | | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|---|
| PLANT | 107 | 866,417.42 | 834,904.00 | 31,513.42 |
| EXPENSE | 530 | 8,187.10 | | |
| | | $ 874,604.52 | $ 834,904.00 | $ 31,513.42 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | MBSRR220 | 12/6/1995 |

TOTAL $874,604.52

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Single Failure modifications

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum29510101

CONFIDENTIAL
CY 17147

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 31070101

YEARS 1990 1988

1. REPORT TYPE N/A REPORT # REPORT DATE

2.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| SUMMARY | MBTCR010 | 3/31/1995 |

| Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|
| 132,368.26 | 131,206.00 | 1,162.26 |
| $ 132,368.26 | $ 131,206.00 | $ 1,162.26 |

3.

| REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|
| DETAIL REPORT | MBSRR220 | 3/8/1995 |

TOTAL $132,368.26

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* Radiological INFO Tracking system

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum31070101

CONFIDENTIAL
CY 17244

CONNECTICUT YANKEE ATOMIC POWER COMPANY

WORK ORDER NUMBER 33570101

YEARS 1990 1988

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 1. | N/A | | |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 2. | SUMMARY | MBSRR220 | 11/9/1994 |

| | Dollars Detail Support | Dollars Book Additions | DELTA |
|---|---|---|---|
| 107 | 569,031.00 | 567,523.00 | 1,508.00 |
| 108 | 8,189.00 | | |
| 517 | 2,384.00 | | |
| 524 | 5,942.00 | | |
| 530 | 49,465.00 | | |
| | $ 635,011.00 | $ 567,523.00 | $ 1,508.00 |

| | REPORT TYPE | REPORT # | REPORT DATE |
|---|---|---|---|
| 3. | DETAIL REPORT | MBFCR010 | 11/30/1994 |
| | | TOTAL | $635,011.00 |

4. CAPITAL PROGRAM SPECIFIC PROJECT - CP1 (JUSTIFICATION)

* SYS ADAMS Fitors ByPass Lines

CONFIDENTIAL
CY 17280

C:\Documents and Settings\Wdunham\Local Settings\Temporary Internet Files\OLK2B0\Book WO Sum33570101