# EXHIBIT A
# PART 3 OF 3

# EXHIBIT 4

# Appendix R to Part 50--Fire Protection Program for Nuclear Power Facilities Operating Prior to January 1, 1979

I. Introduction and Scope

This appendix applies to licensed nuclear power electric generating stations that were operating prior to January 1, 1979, except to the extent set forth in § 50.48(b) of this part. With respect to certain generic issues for such facilities it sets forth fire protection features required to satisfy Criterion 3 of Appendix A to this part.

Criterion 3 of Appendix A to this part specifies that "Structures, systems, and components important to safety shall be designed and located to minimize, consistent with other safety requirements, the probability and effect of fires and explosions."

When considering the effects of fire, those systems associated with achieving and maintaining safe shutdown conditions assume major importance to safety because damage to them can lead to core damage resulting from loss of coolant through boiloff.

The phrases "important to safety," or "safety-related," will be used throughout this Appendix R as applying to all safety functions. The phrase "safe shutdown" will be used throughout this appendix as applying to both hot and cold shutdown functions.

Because fire may affect safe shutdown systems and because the loss of function of systems used to mitigate the consequences of design basis accidents under postfire conditions does not per se impact public safety, the need to limit fire damage to systems required to achieve and maintain safe shutdown conditions is greater than the need to limit fire damage to those systems required to mitigate the consequences of design basis accidents. Three levels of fire damage limits are established according to the safety functions of the structure, system, or component:

| Safety function | Fire damage limits |
|---|---|
| Hot Shutdown | One train of equipment necessary to achieve hot shutdown from either the control room or emergency control station(s) must be maintained free of fire damage by a single fire, including an exposure fire.[1] |
| Cold Shutdown | Both trains of equipment necessary to achieve cold shutdown may be damaged by a single fire, including an exposure fire, but damage must be limited so that at least one train can be repaired or made operable within 72 hours using onsite capability. |
| Design Basis Accidents | Both trains of equipment necessary for mitigation of consequences |

| | |
|---|---|
| | following design basis accidents may be damaged by a single exposure fire. |

[1] Exposure Fire. An exposure fire is a fire in a given area that involves either in situ or transient combustibles and is external to any structures, systems, or components located in or adjacent to that same area. The effects of such fire (e.g., smoke, heat, or ignition) can adversely affect those structures, systems, or components important to safety. Thus, a fire involving one train of safe shutdown equipment may constitute an exposure fire for the redundant train located in the same area, and a fire involving combustibles other than either redundant train may constitute an exposure fire to both redundant trains located in the same area.

The most stringent fire damage limit shall apply for those systems that fall into more than one category. Redundant systems used to mitigate the consequences of other design basis accidents but not necessary for safe shutdown may be lost to a single exposure fire. However, protection shall be provided so that a fire within only one such system will not damage the redundant system.

II. General Requirements

A. *Fire protection program*. A fire protection program shall be established at each nuclear power plant. The program shall establish the fire protection policy for the protection of structures, systems, and components important to safety at each plant and the procedures, equipment, and personnel required to implement the program at the plant site.

The fire protection program shall be under the direction of an individual who has been delegated authority commensurate with the responsibilities of the position and who has available staff personnel knowledgeable in both fire protection and nuclear safety.

The fire protection program shall extend the concept of defense-in-depth to fire protection in fire areas important to safety, with the following objectives:

To prevent fires from starting;

To detect rapidly, control, and extinguish promptly those fires that do occur;

To provide protection for structures, systems, and components important to safety so that a fire that is not promptly extinguished by the fire suppression activities will not prevent the safe shutdown of the plant.

B. *Fire hazards analysis*. A fire hazards analysis shall be performed by qualified fire protection and reactor systems engineers to (1) consider potential in situ and transient fire hazards; (2) determine the consequences of fire in any location in the plant on the ability to safely shut down the reactor or on the ability to minimize and control the release of radioactivity to the environment; and (3) specify measures for fire prevention, fire detection, fire suppression, and fire containment and alternative shutdown capability as required for each fire area containing structures, systems, and components important to safety in accordance with NRC guidelines and regulations.

C. *Fire prevention features*. Fire protection features shall meet the following general requirements for all fire areas that contain or present a fire hazard to structures, systems, or components important to safety.

1. In situ fire hazards shall be identified and suitable protection provided.

2. Transient fire hazards associated with normal operation, maintenance, repair, or modification activities shall be identified and eliminated where possible. Those transient fire hazards that can not be eliminated shall be controlled and suitable protection provided.

3. Fire detection systems, portable extinguishers, and standpipe and hose stations shall be installed.

4. Fire barriers or automatic suppression systems or both shall be installed as necessary to protect redundant systems or components necessary for safe shutdown.

5. A site fire brigade shall be established, trained, and equipped and shall be on site at all times.

6. Fire detection and suppression systems shall be designed, installed, maintained, and tested by personnel properly qualified by experience and training in fire protection systems.

7. Surveillance procedures shall be established to ensure that fire barriers are in place and that fire suppression systems and components are operable.

D. *Alternative or dedicated shutdown capability*. In areas where the fire protection features cannot ensure safe shutdown capability in the event of a fire in that area, alternative or dedicated safe shutdown capability shall be provided.

III. Specific Requirements

A. *Water supplies for fire suppression systems.* Two separate water supplies shall be provided to furnish necessary water volume and pressure to the fire main loop.

Each supply shall consist of a storage tank, pump, piping, and appropriate isolation and control valves. Two separate redundant suctions in one or more intake structures from a large body of water (river, lake, etc.) will satisfy the requirement for two separated water storage tanks. These supplies shall be separated so that a failure of one supply will not result in a failure of the other supply.

Each supply of the fire water distribution system shall be capable of providing for a period of 2 hours the maximum expected water demands as determined by the fire hazards analysis for safety-related areas or other areas that present a fire exposure hazard to safety-related areas.

When storage tanks are used for combined service-water/fire-water uses the minimum volume for fire uses shall be ensured by means of dedicated tanks or by some physical means such as a vertical standpipe for other water service. Administrative controls, including locks for tank outlet valves, are unacceptable as the only means to ensure minimum water volume.

Other water systems used as one of the two fire water supplies shall be permanently connected to the fire main system and shall be capable of automatic alignment to the fire main system. Pumps, controls, and power supplies in these systems shall satisfy the requirements for the main fire pumps. The use of other water systems for fire protection shall not be incompatible with their functions required for safe plant shutdown. Failure of the other system shall not degrade the fire main system.

B. *Sectional isolation valves*. Sectional isolation valves such as post indicator valves or key operated valves shall be installed in the fire main loop to permit isolation of portions of the fire main loop for maintenance or repair without interrupting the entire water supply.

C. *Hydrant isolation valves*. Valves shall be installed to permit isolation of outside hydrants from

the fire main for maintenance or repair without interrupting the water supply to automatic or manual fire suppression systems in any area containing or presenting a fire hazard to safety-related or safe shutdown equipment.

D. *Manual fire suppression*. Standpipe and hose systems shall be installed so that at least one effective hose stream will be able to reach any location that contains or presents an exposure fire hazard to structures, systems, or components important to safety.

Access to permit effective functioning of the fire brigade shall be provided to all areas that contain or present an exposure fire hazard to structures, systems, or components important to safety.

Standpipe and hose stations shall be inside PWR containments and BWR containments that are not inerted. Standpipe and hose stations inside containment may be connected to a high quality water supply of sufficient quantity and pressure other than the fire main loop if plant-specific features prevent extending the fire main supply inside containment. For BWR drywells, standpipe and hose stations shall be placed outside the dry well with adequate lengths of hose to reach any location inside the dry well with an effective hose stream.

E. *Hydrostatic hose tests*. Fire hose shall be hydrostatically tested at a pressure of 150 psi or 50 psi above maximum fire main operating pressure, whichever is greater. Hose stored in outside hose houses shall be tested annually. Interior standpipe hose shall be tested every three years.

F. *Automatic fire detection*. Automatic fire detection systems shall be installed in all areas of the plant that contain or present an exposure fire hazard to safe shutdown or safety-related systems or components. These fire detection systems shall be capable of operating with or without offsite power.

G. *Fire protection of safe shutdown capability*. 1. Fire protection features shall be provided for structures, systems, and components important to safe shutdown. These features shall be capable of limiting fire damage so that:

a. One train of systems necessary to achieve and maintain hot shutdown conditions from either the control room or emergency control station(s) is free of fire damage; and

b. Systems necessary to achieve and maintain cold shutdown from either the control room or emergency control station(s) can be repaired within 72 hours.

2. Except as provided for in paragraph G.3 of this section, where cables or equipment, including associated non-safety circuits that could prevent operation or cause maloperation due to hot shorts, open circuits, or shorts to ground, of redundant trains of systems necessary to achieve and maintain hot shutdown conditions are located within the same fire area outside of primary containment, one of the following means of ensuring that one of the redundant trains is free of fire damage shall be provided:

a. Separation of cables and equipment and associated non-safety circuits of redundant trains by a fire barrier having a 3-hour rating. Structural steel forming a part of or supporting such fire barriers shall be protected to provide fire resistance equivalent to that required of the barrier;

b. Separation of cables and equipment and associated non-safety circuits of redundant trains by a horizontal distance of more than 20 feet with no intervening combustible or fire hazards. In addition, fire detectors and an automatic fire suppression system shall be installed in the fire area; or

c. Enclosure of cable and equipment and associated non-safety circuits of one redundant train in a fire barrier having a 1-hour rating, In addition, fire detectors and an automatic fire suppression

system shall be installed in the fire area;

Inside noninerted containments one of the fire protection means specified above or one of the following fire protection means shall be provided:

d. Separation of cables and equipment and associated non-safety circuits of redundant trains by a horizontal distance of more than 20 feet with no intervening combustibles or fire hazards;

e. Installation of fire detectors and an automatic fire suppression system in the fire area; or

f. Separation of cables and equipment and associated non-safety circuits of redundant trains by a noncombustible radiant energy shield.

3. Alternative of dedicated shutdown capability and its associated circuits,[1] independent of cables, systems or components in the area, room, zone under consideration should be provided:

a. Where the protection of systems whose function is required for hot shutdown does not satisfy the requirement of paragraph G.2 of this section; or

b. Where redundant trains of systems required for hot shutdown located in the same fire area may be subject to damage from fire suppression activities or from the rupture or inadvertent operation of fire suppression systems.

In addition, fire detection and a fixed fire suppression system shall be installed in the area, room, or zone under consideration.

H. *Fire brigade*. A site fire brigade trained and equipped for fire fighting shall be established to ensure adequate manual fire fighting capability for all areas of the plant containing structures, systems, or components important to safety. The fire brigade shall be at least five members on each shift. The brigade leader and at least two brigade members shall have sufficient training in or knowledge of plant safety-related systems to understand the effects of fire and fire suppressants on safe shutdown capability. The qualification of fire brigade members shall include an annual physical examination to determine their ability to perform strenuous fire fighting activities. The shift supervisor shall not be a member of the fire brigade. The brigade leader shall be competent to assess the potential safety consequences of a fire and advise control room personnel. Such competence by the brigade leader may be evidenced by possession of an operator's license or equivalent knowledge of plant safety-related systems.

The minimum equipment provided for the brigade shall consist of personal protective equipment such as turnout coats, boots, gloves, hard hats, emergency communications equipment, portable lights, portable ventilation equipment, and portable extinguishers. Self-contained breathing apparatus using full-face positive-pressure masks approved by NIOSH (National Institute for Occupational Safety and Health--approval formerly given by the U.S. Bureau of Mines) shall be provided for fire brigade, damage control, and control room personnel. At least 10 masks shall be available for fire brigade personnel. Control room personnel may be furnished breathing air by a manifold system piped from a storage reservoir if practical. Service or rated operating life shall be a minimum of one-half hour for the self-contained units.

At least a 1-hour supply of breathing air in extra bottles shall be located on the plant site for each unit of self-contained breathing appratus. In addition, an onsite 6-hour supply of reserve air shall be provided and arranged to permit quick and complete replenishment of exhausted air supply bottles as they are returned. If compressors are used as a source of breathing air, only units approved for breathing air shall be used and the compressors shall be operable assuming a loss of offsite power. Special care must be taken to locate the compressor in areas free of dust and contaminants.

UNITED STATES
NUCLEAR REGULATORY COMMISSION
REGION I
475 ALLENDALE ROAD
KING OF PRUSSIA, PENNSYLVANIA 19406

SEP 18 1989

Docket No. 50-213

RECEIVED
SEP 26 1989
SENIOR VICE PRESIDENT
Nuclear Engineering & Operations

Connecticut Yankee Atomic Power Company
ATTN: Mr. E. J. Mroczka
Senior Vice President - Nuclear
Engineering and Operations Group
P. O. Box 270
Hartford, Connecticut 06141

Gentlemen:

Subject: Inspection No. 50-213/89-13

This letter refers to the routine safety inspection conducted by Messrs. L. Cheung and J. Lara of this office on August 14-18, 1989 at the Haddam Neck Plant in Haddam, Connecticut. Messrs. Cheung and Lara discussed the findings of the inspection with Mr. G. Bouchard of your staff at the conclusion of the inspection.

Areas examined during this inspection are described in the NRC Region I Inspection Report which is enclosed with this letter. Within these areas, the inspection consisted of selective examinations of procedures and representative records, interviews with personnel, and observations by the inspector.

Within the scope of this inspection, no violations were observed.

No reply to this letter is required. Your cooperation with us in this matter is appreciated.

Sincerely,

Clifford J. Anderson for

Jacque P. Durr, Chief
Engineering Branch
Division of Reactor Safety

Enclosure: NRC Region I Inspection Report Number 50-213/89-13

cc w/encl:
D. B. Miller, Station Superintendent
D. O. Nordquist, Director of Quality Services
R. M. Kacich, Manager, Generation Facilities Licensing
W. D. Romberg, Vice President, Nuclear Operations
Gerald Garfield, Esquire
Public Document Room (PDR)
Local Public Document Room (LPDR)
Nuclear Safety Information Center (NSIC)
NRC Resident Inspector
State of Connecticut

U.S. NUCLEAR REGULATORY COMMISSION
REGION I

Report No. 50-213/89-13

Docket No. 50-213

License No. DPR-61

Licensee: Connecticut Yankee Atomic Power
P. O.Box 270
Hartford, Connecticut 06141

Facility Name: Haddam Neck Plant

Inspection At: Haddam, Connecticut

Inspection Conducted: August 14-18, 1989

Inspectors: Leonard Cheung 9/12/89
L. S. Cheung, Senior Reactor Engineer date

J. F. Lara 9-6-89
J. F. Lara, Reactor Engineer date

Approved by: Jack Strosnider for C. J. Anderson, Chief, PSS, DRS 9/15/89
date

Inspection Summary: Inspection on August 14-18, 1989 (Inspection Report No. 50-213/89-13)

Areas Inspected: This routine announced inspection reviewed the construction activities of the new switchgear building constructed to comply with Appendix R requirements. In addition, the inspection included review of the adequacy and implementation of the licensee's Fire Protection Program.

Results: Of the areas inspected, no violations were identified. The licensee's response to a previously issued violation pertaining to emergency lighting was determined to be acceptable and was therefore closed.

DETAILS

1.0 Persons Contacted

1.1 Connecticut Yankee Atomic Power Company (CY)

*G. Bouchard, Unit Superintendent
M. Brothers, Senior Engineer
*C. Gladding, Engineering Supervisor
S. Kamm, Engineer
*T. Kazukynas, Fire Protection Engineer
D. B. Miller, Plant Superintendent
*R. Rogozinski, Senior Engineer

1.2 Northeast Utilities Service Company (NUSCO)

*M. A. Ciccone, Senior Licensing Engineer
J. M. Clark, Principal Engineer
*G. E. Cornelius, Reactor Plant Systems Supervisor
B. Coates, Five Training Instructor
W. Lepper, Electrical Engineer
T. Patrizz, Fire Protection Specialist
G. R. Pitman, Project Manager
B. M. Pokora, Reactor Plant Systems
J. J. Roncaioli, Fire Protection Engineering Supervisor
G. Townsend, Project Engineer
*D. B. Vail, General Electrical Engineering Supervisor

1.3 U.S. Nuclear Regulatory Commission (NRC)

*A. A. Asars, Resident Inspector

*Denotes those present at the exit meeting.

2.0 Background for the New Swtichgear Building

On November 19, 1980, the NRC published a revised section 50.48 and a new Appendix R to 10 CFR Part 50 regarding fire protection features of nuclear power plants. The revised section 50.48 and Appendix R became effective on February 17, 1981. The licensee had submitted a request for exemption from the schedular requirements of 10 CFR 50.48(c) in accordance with the provisions of 10 CFR 50.12(a)(2) (V) for a temporary exemption. By a letter dated March 7, 1986 CYAPCO requested another temporary exemption from the requirements of section III.G of Appendix R for the switchgear room. Rather than relocating redundant electrical divisions for safe shutdown equipment within the existing switchgear room, the licensee proposed a new switchgear building be constructed, housing a switchgear room that would accommodate one shutdown division. The licensee made a commitment for the new switchgear room to be operating following the 1989 outage, which is scheduled to start on September 2, 1989.

① 2A PLM

# CONNECTICUT YANKEE

## PROPOSED 1986-1991 CONSTRUCTION PROGRAM

Consisting Of

The 1986 Construction Budget

and

The 1987-1991 Construction Program Forecast

CY 05488

CONN YANKEE ATOMIC POWER CO.

1986-1991 CONSTRUCTION PROGRAM

ALL PROJECTS

CASH PLUS AFUDC

THOUSANDS OF DOLLARS

| PROJECT NUMBER | TITLE | TOTAL | EXPENDED AS OF 12/84 | EXPENDED 9/30/85 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GCCY | TELCOM ANNUAL CY | 54 | | 19 | 24 | 30 | | | | | |
| PHCY | CY-ANNUAL PROJECT | 2005 | | 495 | 1005 | 1000 | | | | | |
| COC886 | 1985-1986 CARRYOVER | | | | -2200 | 2200 | | | | | |
| FOCY88 | CY-FORECAST 1988 | 14050 | | | | | | 14050 | | | |
| FOCY89 | CY FORECAST 1989 | 14050 | | | | | | | 14050 | | |
| FOCY90 | CY FORECAST 1990 | 10431 | | | | | | | | 10431 | |
| FOCY91 | CY FORECAST 1991 | 10431 | | | | | | | | | 10431 |
| GCCY91 | TELCOM ANNUAL CY | 187 | | | | | 32 | 34 | 37 | 40 | 44 |
| PHCY91 | CY-ANNUAL PROJECT | 5000 | | | | | 1000 | 1000 | 1000 | 1000 | 1000 |
| 217201 | CY RADWASTE REDUCTION BLDG | 634 | | | 202 | 432 | | | | | |
| 223001 | CY REMOTE SHUTDOWN INST PANEL | 1289 | | | 15 | 23 | 45 | 460 | 746 | | |
| 223201 | CY-BACKUP METOROLOGICAL SYS | 256 | | | 9 | 247 | | | | | |
| 224001 | NEW SWITCHGEAR ROOM | 9784 | | | 338 | 536 | 543 | 5532 | 2797 | 36 | |
| 224101 | CY APP R FIRE PROT IMP A3/A4 | 346 | | | 45 | 301 | | | | | |
| 601001 | CY- SG RECIRCULATION SYS | 435 | | 1 | 52 | 395 | | | | | |
| 601901 | CY RCS LOOP TEMP ELEMENTS | 1677 | 8 | 86 | 149 | 1490 | | | | | |
| 604201 | CY-SAFETY RELATED PPG-1985 | 14886 | 46 | 495 | 955 | 5408 | 8523 | | | | |
| 606801 | CY REVIEW CONTROL AIR SYSTEM | 662 | 33 | 15 | 111 | 518 | | | | | |
| 607001 | CY TORNADO MISSLE PROTECTION | 1392 | 35 | 204 | 259 | 296 | 742 | | | | |
| 607201 | CY PERFORMANCE INSTRUMENTATION | 826 | 12 | | 14 | 13 | 787 | | | | |
| 614401 | CY ADMINISTRATION BLDG MODS | 418 | 1 | 11 | 54 | 363 | | | | | |
| 629001 | CY-REPLACE GROUNDING XFMR | 92 | 4 | 11 | 27 | 61 | | | | | |
| 631401 | CY-EVAL OF ALT POOL SEAL DES | 1126 | | 95 | 241 | 885 | | | | | |
| 631501 | HADDAM NECK 14B REPL 345KV BKR | 336 | | | | 328 | 8 | | | | |
| 631901 | CY-6A, 4B, 5B,&6B F/W HTR REPLMT | 1414 | | 26 | 59 | 1355 | | | | | |
| 634901 | CY DHST OXYGEN REDUCTION | 479 | | 17 | 167 | 312 | | | | | |
| 636301 | CY CONTROL ROOM HALON SYSTEM | 481 | | 1 | 103 | 378 | | | | | |
| 636601 | CY CURBS RAMPS SEALS SHIELDS | 391 | | 13 | 329 | 62 | | | | | |
| 636901 | CY-S/G TUBE SLEEVING | 21827 | | | 303 | 21524 | | | | | |
| 637301 | CY-APP R EMERGENCY LIGHTING | 782 | | | 188 | 594 | | | | | |
| 639201 | CY-WATERBOX A RETUBING | 971 | | | 18 | 953 | | | | | |
| 642601 | CY-CP, CWL AND HYDROGEN MON EQP. | 4275 | 1878 | 237 | 340 | 358 | 1699 | | | | |
| 670801 | CORE COOLING INSTRUMENTATION | 6923 | 2396 | 617 | 1551 | 2976 | | | | | |
| 673601 | CY CONTROL ROOM HABITABILITY | 7240 | 384 | 375 | 915 | 934 | 4741 | 204 | | | |
| 681301 | CY-REPL PROC COMPUTER 80-105 | 10166 | 1618 | 1179 | 1849 | 2774 | 3724 | 3 | | | |
| 682901 | CY SWITCHGEAR COOLING MODS | 230 | 36 | | 28 | 164 | | | | | |
| 683601 | CY NUCLEAR PLNT TRNG SIMULATOR | 11005 | 4867 | 2485 | 4868 | 1270 | | | | | |
| 684201 | CY-R.G.-1.97 RELATED PROJECTS | 5276 | | | | | 5276 | | | | |
| 685801 | CY-SECONDARY SIDE CHEM MONTRG | 581 | 176 | 210 | 295 | 119 | | | | | |
| 688501 | MOD'S TO SG/RCP/PRZR SUPPORTS | 6887 | 127 | 15 | 141 | 344 | 6273 | | | | |
| 690701 | CY-SEP STRUCTURAL MODS PHASE-1 | 4775 | 76 | 15 | 42 | 216 | 2010 | 1421 | | | |

CY 05490

111

REPORT NO.: MBFCR010
PAGE : 00001
AUC : C2

NORTHEAST UTILITIES WORK ORDER SYSTEM
FINAL CLOSING SUMMARY -- AS OF 10/31/1994
CONNECTICUT YANKEE ATOMIC POWER CO

DATE: 03/11/94
TIME: 01:07:10
WORK ORDER - 22400101

W/O TITLE - NEW SWITCHGEAR ROOM 83117

STATE - CONNECTICUT FUNCTION CODE - 1200 INSV - 11/1989 CPYR - 1989 REIMB% - 0
CUS AMT TOTAL - 0.00 REIMB AMOUNT - 0.00 NET W.O. AUTH - 26,039,571.87 ACTUAL DOLLARS - 25,515,198.25

GENERAL LEDGER ACCOUNT 10151 CPRS CLEARING - ELECTRIC

32489 OTHER

UD19330 SWITCHGEAR, METALCLAD 1200 AMP 4.16KV 350MVA

| TOWN | LOCN | UNIT YEAR | CAP YEAR | PU | QTY | MATERIAL | LABOR | VEHICLE | JOINT BILLING | OVERHEADS | OTHER | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 094 | B12R | 1989 | 1989 | | 1 | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| | | | EST | | 1 | 11.00 | 0.00 | 0.00 | 0.00 | 4,108,457.68 | 0.00 | 4,108,468.68 |
| TOTAL PROPERTY UNIT | | UD19330 | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| TOTAL SUB ACCOUNT | | 32489 | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |
| TOTAL GENERAL LEDGER | | 10151 | | | | 9,954,626.21 | 10,700,067.17 | 61,224.65 | 0.00 | 4,128,178.30 | 580,135.95 | 25,424,232.28 |

this is top sheet for 1,114 pages on accounting records of project costs

CONFIDENTIAL
CY 14705

# EXHIBIT 5

# CONNECTICUT YANKEE ATOMIC POWER COMPANY

Projects without Work Order Backup

## CY 1987 ADDITIONS

| Work Order Number | | |
|---|---|---|
| 23160101 | $18,104,673.00 | REPLACE LOW PRESSURE TURBINES, ROTORS,BLADES,ETC |
| 25590101 | $365,185.00 | SPRINKLER SYSTEM IN PRIMARY AUXILIARY BUILDING |
| 25630101 | $1,011,431.00 | MOTOR OPERATED VALVE ASSEMBLIES |
| 25850101 | $463,042.00 | EXTEND SOUTHERN BOUNDARY SECURITY AREA |
| 25900101 | $307,601.00 | RADWASTE COMPACTOR |
| 60420101 | $3,405,874.00 | PIPING SUPPORT |
| 60680101 | $1,076,023.00 | CONTROL AIR SYSTEM UPGRADE |
| 61440101 | $538,903.00 | ADDITION TO ADMINISTRATION BUILDING |
| 63140101 | $161,271.00 | CAVITY SEAL RING |
| 65880101 | $413,972.00 | FIRE PROTECTION SYSTEM FOR SPARE GENERATOR STEP-UP TRANSFORMER |
| 68130101 | $9,896,053.00 | PLANT PROCESS COMPUTER |
| 68850101 | $752,695.00 | MODIFICATION TO TRUSS SUPPORTS/PIPE HANGERS |
| 69460101 | $666,626.00 | CHEMISTRY LAB RENOVATIONS |
| Total | $37,163,349.00 | |

## CY 1988 ADDITIONS

| | | |
|---|---|---|
| 23160101 | $2,332,936.00 | REPLACE LOW PRESSURE TURBINES,ROTORS,BLADES,ETC |
| 23830101 | $105,443.00 | HIGH PRESSURE SAFETY INJECTION SYSTEM |
| 24170101 | $237,021.00 | |
| 25280101 | $133,618.00 | OFFSITE INFORMATION SYSTEM FOR EOF |
| 25820101 | $840,790.00 | PIPING SUPPORT |
| 27560101 | $250,135.00 | LOOSSE PARTS MONITORING SYSTEM |
| 63140101 | $163,502.00 | CAVITY SEAL RING |
| 63490101 | $843,956.00 | INSTALL INTROGEN INTERTING SYSTEM |
| 65880101 | $242,636.00 | FIRE PROTECTION SYSTEM FOR SPARE GENERATOR STEP-UP TRANSFORMER |
| 68130101 | $842,610.00 | PLANT PROCESS COMPUTER |
| 68580101 | $1,005,104.00 | STEAM GENERATOR LOW LEVEL CHLORIDE MONITORS |
| PNCY6061 | $117,853.00 | STAK STORAGE SYSTEM |
| PNCY8042 | $136,872.00 | STORAGE FACILITY |
| Total | $7,252,476.00 | |

## CY 1989 ADDITIONS

| | | |
|---|---|---|
| 23160101 | $794,537.00 | REPLACE LOW PRESSURE TURBINES,ROTORS,BLADES,ETC |
| 23300101 | $2,491,154.00 | SPARE REACTOR COOLANT PUMP MOTOR |
| PNCY9011 | $107,556.00 | PERMANENT X-RAY MACHINE |
| PNCY9025 | $120,621.00 | UNDERWATER VEHICLE FOR REACTOR VESSEL |
| PNCY9034 | $167,514.00 | VALVE OPERATOR TEST & EVALUATION SYSTEM |
| Total | $3,681,382.00 | |

## CY 1990 ADDITIONS

| | | |
|---|---|---|
| 27580101 | $302,393.00 | DOSIMETRY RADIATION SYSTEM |
| 28500101 | $206,306.00 | SECONDARY SOURCE REPLACEMENT |
| 31080101 | $265,504.00 | NOTIFICATION/CALLBACK SYSTEM UPGRADE |
| 31470101 | $120,622.00 | SIMULATOR |
| 68130101 | $284,154.00 | PLANT PROCESS COMPUTER |
| PNCY0025 | $146,115.00 | WHOLE BODY COUNTER |
| PNCY9023 | $202,900.00 | PERIMETER INTRUSION DETECTION SYSTEM |
| Total | $1,527,994.00 | |

Total All Years $49,625,201.00 out of $119,062,243.00

# EXHIBIT 6

1985 - 1990 DIRECTORS APPROVED CONSTRUCTION PROGRAM
VERSUS
1986-1991 CONSTRUCTION PROGRAM

(000 OMITTED)

| | 1985-1990 DIRECTORS APPROVED CONSTRUCTION PROGRAM | 1985 ACTUAL AND 1986 - 1991 CONSTRUCTION PROGRAM | DIFFERENCE |
|---|---|---|---|
| 1985 | 23,828 | 16,927 | (6,901) |
| 1986 | 26,169 | 50,121 | 23,952 |
| 1987 | 34,442 | 41,176 | 6,734 |
| 1988 | 17,333 | 23,704 | 6,371 |
| 1989 | 14,888 | 18,630 | 3,742 |
| 1990 | 11,304 | 11,507 | 203 |
| 1991 | 0 | 11,475 | 11,475 |
| TOTAL | 127,964 | 173,540 | 45,576 |

CY 05546

# EXHIBIT 7

# CY YEARLY NUCLEAR FUEL TRANSACTIONS 1986-19[illegible] (THOUSANDS OF DOLLA[illegible]

4/14/86

| | 1987 | 1988 | 1989 | 1990 | 1991 |
|---|---|---|---|---|---|
| GENERATION (GWHR) — CY Projections → | 3,404 | 4,346 | 3,479 | 3,479 | 4,334 |
| ← Actual generation from CY FERC Form 1 | 2,527 | 3,307 | 2,959 | 1,154 | 3,713 |
| FUEL EXPENSE | | | | | |
| DIRECT FUEL | 25,027 | 29,950 | 24,934 | 25,141 | 31,642 |
| HADDAM TRUST INTEREST | 1,797 | 1,919 | 825 | 635 | 431 |
| AFUDC-DEBT | 1,171 | 1,441 | 1,114 | 1,120 | 1,424 |
| AFUDC-EQUITY | 990 | 1,248 | 667 | 524 | 311 |
| TOTAL FUEL | 28,993 | 34,560 | 27,540 | 27,420 | 33,808 |
| DISPOSAL ACCRUALS | | | | | |
| CURRENT | 3,482 | 4,344 | 3,478 | 3,470 | 4,332 |
| EXCESS CURRENT | 1,057 | 1,345 | 1,078 | 1,077 | 1,341 |
| PRIOR | 3,303 | 4,218 | 3,376 | 3,370 | 4,207 |
| FUEL STORAGE - GE | 110 | 216 | 253 | 269 | 292 |
| TOTAL DISPOSAL | ~~[illegible]~~ 7,886 | ~~[illegible]~~ 10,123 | ~~[illegible]~~ 8,182 | ~~[illegible]~~ 8,261 | ~~[illegible]~~ 10,172 |
| TOTAL FUEL EXPENSE | ~~[illegible]~~ 36,873 | ~~[illegible]~~ 44,683 | ~~[illegible]~~ 35,728 | ~~[illegible]~~ 35,682 | ~~[illegible]~~ 43,180 |
| FUEL EXPENDITURES | | | | | |
| PAYMENT BY CY | 8,425 | 37,271 | 22,315 | 17,030 | 20,460 |
| PAYMENT BY HADDAM TRUST | 0 | 0 | 0 | 0 | 0 |
| TOTAL FUEL PAYMENTS | 8,425 | 37,271 | 22,315 | 17,030 | 20,460 |
| DISPOSAL PAYMENTS | | | | | |
| CURRENT | 3,377 | 4,344 | 3,478 | 3,478 | 4,332 |
| PRIOR (PREFUNDING) | 0 | 0 | 34,110 | 2,002 | 3,319 |
| FUEL STORAGE - GE | 110 | 216 | 253 | 269 | 292 |
| TOTAL DISPOSAL | 3,377 | 4,344 | 37,588 | 6,280 | 7,651 |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Blow up of CY 07285

Confidential