# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: November 1, 2005)

CONNECTICUT YANKEE ATOMIC
POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 21, 2005, plaintiff filed a motion to strike portions of the testimony of defendant's expert witness, Mr. James P. McGaughy, Jr. Pursuant to the discussion at the status conference on October 28, 2005, this motion is **DENIED**, without prejudice. Plaintiff may re-file its motion, if desired, after defendant has filed its memorandum of contentions of fact and law, witness list, and exhibit list on or before February 28, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge