# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: November 8, 2005)

---

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 28, 2005, a status conference was held in this case. Participating in the conference were Steven A. Kaufman, on behalf of plaintiff, and G. Robson Stewart, on behalf of defendant. In accordance with the discussion held therein, the court adopts the following schedule in this matter:

1. On or before January 17, 2006, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b).

2. On or before January 31, 2006, plaintiff shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before February 28, 2006, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. On or before March 7, 2006, the parties shall file *in limine* motions addressing any other issues to resolve before the commencement of trial.

5. A pre-trial conference will be held on March 15, 2006, at 10:00 a.m. (EST). The court will set forth by separate order whether this conference will be telephonic or in-person, based on the issues raised by the Memoranda of Contentions of Fact and Law and any *in limine* motions filed by the parties.

6. On or before March 21, 2006, the parties will file their Joint Stipulation of Facts, pursuant to Appendix A, ¶ 17.

7. Trial in this case will commence on Wednesday, March 29, 2006, at 10:00 a.m. (EST) at the United States District Courthouse, One Courthouse Way, Boston, MA, 02210. The courtroom location will be posted in the lobby of the courthouse on the first day of trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge