**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 04-0085**
**(Judge Allegra)**

**CONNECTICUT YANKEE ATOMIC POWER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**PLAINTIFF'S (PROPOSED) EXHIBIT LIST**

Plaintiff Connecticut Yankee Atomic Power Company hereby submits its exhibit list, as prescribed by Appendix A, paragraph 16 of the Rules of the United States Court of Federal Claims. Plaintiff provided this list to Defendant at the meeting of counsel on January 17, 2006 and provided a supplement on January 30, 2006, in accordance with Appendix A, paragraph 13(a) of those rules.

| **Exhibit** | **Description** |
|---|---|
| CTY_001 | Power Contract (CY 9334-9348) dated July 1, 1964. |
| CTY_002 | Supplementary Power Contract between CY and Connecticut Light and Power (CY 9349-9357) dated March 1, 1978. |
| CTY_003 | Agreement Amending Supplementary Power Contract between CY and Connecticut Light and Power (CY 9358-9366) dated August 22, 1980. |
| CTY_004 | Second Amendment of the Supplementary Power Contract (CY 9367-9374) dated October 15, 1982. |

| Exhibit | Description |
| --- | --- |
| CTY_005 | Second Supplementary Power Contract between CY and Connecticut Light and Power (CY 9375-9390) dated April 30, 1984. |
| CTY_006 | Additional Power Contract between CY and Connecticut Light and Power (CY 9391-9415) dated April 30, 1984. |
| CTY_007 | Enrichment Contract between Connecticut Yankee and the U.S. Atomic Energy Commission (CY 03442-03485) dated February 26, 1974 |
| CTY_008 | Fabrication Contract between Connecticut Yankee and Babcock and Wilcox (CY 03497-03800) dated December 21, 1984.. |
| CTY_009 | CY Reload 14 Fuel Costs (CY17633-17641) |
| CTY_010 | Connecticut Yankee Reload 14 Initial Cost Revision (CY 17467-17472) |
| CTY_011 | Connecticut Yankee Calculation of AFUDC on Nuclear Fuel Reload 14 (CY 17623) |
| CTY_012 | Connecticut Yankee Nuclear Fuel – Reload 14 Tax Basis (CY 17612) |
| CTY_013 | Connecticut Yankee Reload 15 Fuel Cost (CY 17605-17610) |
| CTY_014 | Cost of Eight (8) Additional CY Reload 15 Assemblies (CY 17594-17598) |
| CTY_015 | Connecticut Yankee Nuclear Fuel – Reload 15 Tax Basis (CY 17591) |
| CTY_016 | Connecticut Yankee 1986-1990 Additions (CY 9313) |
| CTY_017 | NRC Inspection Report 50-213/89-11 (CY 17666-17686) |
| CTY_018 | NRC Inspection Reports 50-213/89-13 item 2.0 (CY 17687-17694) |
| CTY_019 | NRC Inspection Report 50-213/87-25 page 19 (CY 17695-17697). |
| CTY_020 | NRC Inspection Reports 50-213/86-98 item E, 89-11 page 3 (CY 17705-17710) |
| CTY_021 | NRC Inspection Reports 50-213/87-05 item 2.9.8 (CY 17702-17704) |

| Exhibit | Description |
|---|---|
| CTY_022 | NRC Inspection Reports 50-213/85-21 item 4.5, 87-25 item 4.5 (CY 17713-17717) |
| CTY_023 | NRC Inspection Reports 50-213/86-16 item 5.2, 86-06 item 6.4 (CY 17723-17732) |
| CTY_024 | NRC Inspection Report 50-213/89-13 (CY 17733-17740) |
| CTY_025 | NRC Inspection Report 50-213/87-25 item 16 (CY 17771-17773) |
| CTY_026 | NRC Inspection Report 50-213/84-14 item 6, 86-03 item 8.1 (CY 17798-17802) |
| CTY_027 | NRC Inspection Report 50-213/86-27 item 2.2 (CY 17805-17807) |
| CTY_028 | NRC Inspection Reports 50-213/86-17 attachment 1 item 4 (CY 17821-17823) |
| CTY_029 | NRC Inspection Report 50-213/85-21 item 5.1 b (CY 17870-17876) |
| CTY_030 | NRC Inspection Reports 50-213/87-12 item 3.1, 87-25 item 9 (CY 17896-17900) |
| CTY_031 | NRC Inspection Report 50-213/84-13 (CY 17901-17903) |
| CTY_032 | NRC Inspection Report 50-213/86-27 (CY 17917-17919) |
| CTY_033 | NRC Inspection Report 50-213/87-25 (CY 17922-17924) |
| CTY_034 | NRC Inspection Report 20-213/88-06 (CY 18008-18011) |
| CTY_035 | NRC Inspection Report 50-213/89-22 (CY 18013-18021) |
| CTY_036 | NRC Inspection Report 50-13/88-08 (CY 18067-18081) |
| CTY_037 | NRC Inspection Reports 50-213/88-15 (CY 14470-14704) |
| CTY_038 | Relevant portions of Connecticut Yankee’s claims for refunds for the tax years 1987, 1988, 1989 and 1990 (CY 17422-17435) |
| CTY_039 | Relevant portions of Connecticut Yankee’s FERC Form 1 filings for the tax years 1987, 1988, 1989 and 1990 (CY 09316-09333, CY 17436-17443) |

| **Exhibit** | **Description** |
| --- | --- |
| CTY_040 | "30-day letter" (Exhibit 1 to Complaint) |
| CTY_041 | IRS Form 2297 (Exhibit 2 to Complaint) |
| CTY_042 | Expert Report of Louis Balducci on behalf of Connecticut Yankee Dated September 1, 2005. |
| CTY_043 | Expert Report of Thomas Dente on behalf of Connecticut Yankee dated August 31, 2005. |
| CTY_044 | Amended Expert Report of Thomas Dente on behalf of Connecticut Yankee dated September 21, 2005. |
| CTY_045 | Uranium Sales Contract Agreement between Freeport Uranium Recovery Company and Connecticut Yankee dated September 3, 1976 (CY 03012-03114 |
| CTY_046 | Supplemental Agreement between Freeport Uranium Recovery Company and Connecticut Yankee dated August 1, 1983 (CY 02999-0310) |
| CTY_047 | Agreement between Allied Corporation and Northeast Utilities Service Company dated April 24, 1986 (CY 07525-07539) |
| CTY_048 | Uranium Sales Agreement between Eldorado Nuclear Limited, Northeast Nuclear Energy Company and Connecticut Yankee dated January 1, 1984 (CY 03382-03434) |
| CTY_049 | Agreement of Assignments between Union Carbide Corporation, Ucore Limited, Northeast Nuclear Energy Company and Connecticut Yankee dated December 31, 1981 (CY 03115-03189) |
| CTY_050 | Supplemental Agreement between Ucore Limited, Northeast Nuclear Energy Company and Connecticut Yankee dated December 31, 1981 (CY 04477-04486) |
| CTY_051 | Contract for Conversion Services between Connecticut Yankee and Northeast Nuclear Energy Company and Kerr-McGee Nuclear Corporation dated January 8, 1976 (CY 02958-02981) |

Respectfully submitted,

CONNECTICUT YANKEE ATOMIC POWER COMPANY

By its attorneys,

/s/ Steven A. Kaufman
Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
steven.kaufman@ropesgray.com

Dated: January 31, 2006

Counsel:

J. Steven Baughman
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)
sbaughman@ropesgray.com

A.L. Spitzer
Levina Wong
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
lorry.spitzer@ropesgray.com
levina.wong@ropesgray.com