**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 04-0085**
**(Judge Allegra)**

**CONNECTICUT YANKEE ATOMIC POWER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**PLAINTIFF'S (PROPOSED) WITNESS LIST**

Plaintiff Connecticut Yankee Atomic Power Company hereby submits its witness list, as prescribed by Appendix A, paragraph 15(a) of the Rules of the United States Court of Federal Claims. Plaintiff provided this list to Defendant at the meeting of counsel on January 17, 2006 in accordance with Appendix A, paragraph 13(b) of those rules.

Plaintiff expects to call all of the following individuals as witnesses at the trial of this case. All of the following individuals will be testifying from personal knowledge about facts or events that are relevant to this case.

1. Louis M. Balducci, currently a Tax Manager and Consultant at Brown & Brown, 90, Canal Street, Boston, Massachusetts, 02114. Mr. Balducci may testify about any of the facts that figure in this case including, but not limited to, Connecticut Yankee's accounting operations, reporting, internal controls and tax compliance.

2. Thomas J. Dente, currently retired and residing at 77 Bielefield Road, Middletown, Connecticut 06457. Mr. Dente may testify about any of the facts that figure in this case including, but not limited to, Connecticut Yankee's operation of the nuclear facilities, the capital programs and additions, and the nuclear fuel reload cycle.

Respectfully submitted,

CONNECTICUT YANKEE ATOMIC POWER COMPANY

By its attorneys,

/s/ Steven A. Kaufman
Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
steven.kaufman@ropesgray.com

Dated: January 31, 2006

Counsel:

J. Steven Baughman
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)
sbaughman@ropesgray.com

A.L. Spitzer
Levina Wong
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)
lorry.spitzer@ropesgray.com
levina.wong@ropesgray.com