IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-0085 T
(Judge Francis M. Allegra)

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S EXHIBIT LIST

Pursuant to paragraph 13(a) of RCFC Appendix A, and the Court's Order of November 8, 2005, defendant identifies the following exhibit which may be used at trial:

Exhibit 1 - Summary of Connecticut Yankee property additions during the years1987-1990 (prepared by James P. McGaughy, Jr.).

Exhibit 2 - Report of James P. McGaughy, Jr., in Connecticut Yankee Atomic Power Co. v. United States, Fed Cl. No. 04-0085 T, dated September 1, 2005.

Respectfully submitted,

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 28, 2006

s/Steven I. Frahm
Of Counsel