IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-0085 T
(Judge Francis M. Allegra)

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S WITNESS LIST

Pursuant to paragraph 13(b) of RCFC Appendix A, and the Court's Order of November 8, 2005, defendant states that it anticipates that it may call the following expert witness at trial:

1. JAMES P. McGAUGHY, JR., P.E.
Vice President and Secretary
GDS Associates, Inc.
1850 Parkway Place, Suite 800
Marietta, GA 30067
phone 770.425.8100
fax 770.426.0303

Mr. McGaughy is a nuclear engineer who is an expert on the construction, maintenance, and operation of nuclear power plants, including the regulatory requirements applicable to the construction, maintenance, and operation of nuclear power plants. As contained in his report, defendant expects him to testify regarding his knowledge of and experience with industry practice with respect to power supply contracts and his examination of documents relevant to this action, including the power contract (and amendments thereto) and records relating to the nuclear fuel and property additions for which plaintiff seeks investment tax credit for the 1987 through 1990 tax years.

Respectfully submitted,

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 28, 2006

s/Steven I. Frahm
Of Counsel