# In The United States Court of Federal Claims

No. 04-0085 T

(Filed: March 9, 2006)

CONNECTICUT YANKEE ATOMIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic pre-trial conference will be held in this case on March 15, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge