UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY, | ) | |
| Plaintiff, | ) | Fed. Cl. No. 04-0085 T |
| v. | ) | Judge Francis M. Allegra |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

1. Pursuant to RCFC Rule 41(a)(1)(ii), Fed. R. Civ. P., Connecticut Yankee Atomic Power Company ("Plaintiff") and the United States ("Defendant"), by their undersigned attorneys, stipulate that the above-identified action be dismissed with prejudice.

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: March 10, 2006

ROPES & GRAY LLP

By: /s/ Steven A. Kaufman

Steven A. Kaufman
Levina Wong
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (facsimile)

Counsel:
J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (facsimile)

ATTORNEYS FOR CONNECTICUT YANKEE ATOMIC POWER COMPANY

Dated: March 10, 2006

U.S. DEPARTMENT OF JUSTICE

/s/ G. Robson Stewart

G. Robson Stewart
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

/s/ Steven I. Frahm
Of Counsel

ATTORNEYS FOR THE UNITED STATES